# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES
IN THE CASE OF

☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

Luz Lucero vs. Daniel Aguilar et al.

FOR
AT

IN CLERKS OFFICE
2004 MAY 24  P 5: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **Daniel Aguilar**

1. ☑ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☑ Am Self Employed
- Name and address of employer: Taxi in Mexico
- IF YES, how much do you earn per month? $_____
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? ☑ Yes  ☐ No
- IF YES, how much does your Spouse earn per month $ None
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $500/month approx.

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $_____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- IF YES, GIVE VALUE AND DESCRIBE IT $_____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☑ MARRIED
  - ☐ WIDOWED
  - ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: Marisol — spouse; Dexter; Axel Daniel Aguilar — 3; Wendy — 8

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $140 | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify the above to be _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): **Daniel Aguilar P**

WARNING: A FALSE OR DISHONEST ...