UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10299 PBS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04- |
| v. | ) |
| | ) VIOLATIONS: |
| | ) |
| 1. LUZ LUCIANO, | ) |
|    a/k/a Chila, | ) 21 U.S.C. §846 - Conspiracy to |
| 2. DANIEL AGUILAR, | ) Possess with Intent to |
|    a/k/a "Lik" | ) Distribute Cocaine |
| 3. ROBERTO SOLORIO, and | ) |
| 4. RICARDO ESTRADA | ) 21 U.S.C. § 853 - Criminal |
| | ) Forfeiture |
|         Defendants. | ) |
| | ) |

**INDICTMENT**

**COUNT ONE:**   (21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about February 13, 2004 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, and elsewhere in the District of Massachusetts, at Mexico, and elsewhere,

1. LUZ LUCIANO,
   a/k/a Chila,
2. DANIEL AGUILAR,
   a/k/a "Lik"
3. ROBERTO SOLORIO, and
4. RICARDO ESTRADA,

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute cocaine, a Schedule II controlled

2

substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

3

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Count One of this indictment,

> 1. **LUZ LUCIANO**,
> a/k/a Chila,
> 2. **DANIEL AGUILAR**,
> a/k/a "Lik"
> 3. **ROBERTO SOLORIO**, and
> 4. **RICARDO ESTRADA**,

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to:

> (a) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada.

2. If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) have been transferred or sold to, or deposited with, a third party;

   (c) have been placed beyond the jurisdiction of the Court;

4

(d)   have been substantially diminished in value; or

(e)   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

04cr10299PBS

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Lawrence   **Category No.** II   **Investigating Agency** DEA

**City** Lawrence

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant x
Magistrate Judge Case Number   M 04-1732-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** LUZ LUCIANO   **Juvenile:** ☐ Yes   X No

**Alias Name** _____

**Address** _____

**Birthdate:** _____   **SS #** _____   **Sex:** FEM   **Race:** Hispanic   **Nationalit** US

**Defense Counsel if known:** Michael Bourbeau, Esq.   **Address** 77 Central Street, Boston, MA

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Robert L. Peabody.   **Bar Number if applicable** 551936

**Interpreter:** X Yes   No   **List language and/or dialect:** Spanish

**Matter to be SEALED:**   Yes   X No

☐ Warrant Requested   x Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** 5/01/04

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: Mag. Judge Swartwood on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/01/04   Signature of AUSA: _Robert L. Peabody_

JS-45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk) **04 CR 10299 PBS**

**Name of Defendant**  LUZ LUCIANO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-luciano.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**04 CR 10299 PBS**

**Place of Offense:** Lawrence   **Category No.** II   **Investigating Agency** DEA

**City** Lawrence   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number   04-1732-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   DANIEL AGUILAR   Juvenile:   ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: MALE  Race: Hispanic   Nationalit US

**Defense Counsel if known:**   Benjamin Entine, Esq.   Address  77 Franklin Street

Bar Number _____   617-357-0770

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.   Bar Number if applicable  551930

**Interpreter:**   X Yes   No   List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes   X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   5/01/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name of Defendant**    DANIEL AGUILAR

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

js-45-augilua.wpd - 2/7/02

≲JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

04 CR 10299 PBS

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence    **Related Case Information:**

**County** Essex
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant x
Magistrate Judge Case Number    M 04-1732-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ROBERTO SOLORIO    Juvenile:    ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____    SS # _____    Sex: MALE    Race: Hispanic    Nationalit US

**Defense Counsel if known:**    Syrie Fried, Esq.    Address   Federal Defender

Bar Number _____    617-223-8061

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.    Bar Number if applicable    551936

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes    X No

Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date    5/01/04

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): 04cr10299PBS

**Name of Defendant**   ROBERTO SOLORIO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-solorio.wpd - 2/7/02

%aJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number   M 04-1732- CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO ESTRADA    Juvenile: ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE   Race: Hispanic   Nationalit US

**Defense Counsel if known:**   Eliot Weinstein, Esq.    Address   228 Lewis Wharf

Bar Number _____    617-367-9334

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.    Bar Number if applicable   551936

Interpreter:   X Yes   No    List language and/or dialect:   Spanish

**Matter to be SEALED:**    Yes   X No

Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____   Wyatt Detention, Central Falls, RI
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS-45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-lestradawpd.wpd - 2/7/02