# THE LAW OFFICES OF BENJAMIN D. ENTINE
### J.D., Ph.D.
### 77 FRANKLIN STREET
### BOSTON, MASSACHUSETTS 02110

TEL: 617-357-0770                                   FAX: 617-357-1612

November 2, 2004

Sherry Jones, Clerk
Worcester District Courthouse
595 Main Street
Worcester, MA 01608-2076

RE: **United States v. Luciano, et al.**
    **Docket No. 04-10299-2-PBS**

    Attorney Benjamin D. Entine, CJA appointed to represent Daniel Aguilar, a defendant in the above-mentioned case, is requesting the transcript of the Probable Cause and Detention Hearing held on May 24, 2004 before the Honorable Charles B. Swartwood, III.

    If you have any questions please call.

Yours truly,

Kathleen Lestan
Legal Assistant for
Benjamin D. Entine, Esq.