JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** __II__   **Investigating Agency** __DEA__

**City** __Lynn__   **Related Case Information:**

**County** __Essex__   Superseding Ind./ Inf.   __X__   Case No. __04-10299 PBS__
Same Defendant   __x__   New Defendant
Magistrate Judge Case Number   __M 04-1732- CBS__
Search Warrant Case Number   __04 M 1720- to 1730, 04-M 1738__
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   __RICARDO MANUEL ESTRADA__   Juvenile:   ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**   Eliot Weinstein, Esq.   Address __228 Lewis Wharf__

Bar Number   __617-367-9334__

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable

**Interpreter:**   X Yes   No   List language and/or dialect:   __Spanish__

**Matter to be SEALED:**   Yes   X   No

Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of _____ __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No.  _II_    **Investigating Agency**  _DEA_

**City**  _Lynn_    **Related Case Information:**

**County**  _Essex_    Superseding Ind./ Inf.  _X_    Case No.  _04-10299 PBS_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  _04-M-1685 CBS_
Search Warrant Case Number  _04-M-1720-to-1730_
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  _ANDRES MARTINEZ-ACEVEZ_    Juvenile:    ☐ Yes    X No

Alias Name  _"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"_

Address _____

Birthdate: _____  SS # _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_  Sex: _MALE_  Race: _Hispanic_    Nationalit _Mexican_

**Defense Counsel if known:**    John Cicilline, Esq.    Address _381 Atwells Ave., Providence, RI_

Bar Number _____

### U.S. Attorney Information:

AUSA  _Neil Gallagher_    Bar Number if applicable _____

**Interpreter:**    X Yes    No    List language and/or dialect:    _Spanish_

**Matter to be SEALED:**    Yes  X    No

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    _5/1/2004_

X Already in Federal Custody as of _____ in  _Wyatt Detention, Central Falls, RI_   .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  ~~10/5/04~~  _3/23/05_    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"_

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** __II__           **Investigating Agency** __DEA__

**City**  __Lynn__                        **Related Case Information:**

**County**  __Essex__                  Superseding Ind./ Inf. __X__           Case No.  __04-10299 PBS__
                                        Same Defendant __x__           New Defendant
                                        Magistrate Judge Case Number    __04-M-1685 CBS__
                                        Search Warrant Case Number    __04-M-1720 to 1730__
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   __JOSE ROSALES__                      Juvenile:     ☐ Yes    X No

Alias Name    __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address    __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__    SS # __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__  Sex:  __MALE__  Race: __Hispanic__         Nationalit __Mexican__

**Defense Counsel if known:**       Raymond A. O'Hara, Esq.       Address __1 Exchange Place., Worcester, MA__

Bar Number

**U.S. Attorney Information:**

AUSA                                          Bar Number if applicable

**Interpreter:**     X Yes     No          List language and/or dialect:       __Spanish__

**Matter to be SEALED:**          Yes   X   No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date       __5/1/04__

X  Already in Federal Custody as of                   in   __Wyatt Detention, Central Falls, RI__  .
☐  Already in State Custody at                  ☐ Serving Sentence       ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**       ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —— 4 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __3/23/05__            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant  x          New Defendant
                               Magistrate Judge Case Number   04-M-1685 CBS
                               Search Warrant Case Number   04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ                    Juvenile:   ☐ Yes   X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address   108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69   SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.      Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**   X Yes   X No          List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes  X  No

        Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date        5/1/04

x  Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty ——————   ☐ Misdemeanor ——————   X☐ Felony —— 3 ————

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA      **Category No.** _____      **Investigating Agency** DEA/MSP

**City** Lynn/Peabody      **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X      Case No.   04-10299-PBS
Same Defendant   x      New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN      Juvenile   ☐ Yes   ☒ No

Alias Name   Kelvin Madera, Manolo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom Rep

**Defense Counsel if known:**   Steven Judge      **Address:** 23 Central Ave., #605
     Lynn, MA 01902

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher      **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No      **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☐ Yes ☒ No

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**   May 1, 2005      **in**   Plymouth County .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                          Same Defendant X          New Defendant
                          Magistrate Judge Case Number          04-M-1685 CBS
                          Search Warrant Case Number          04-M-1720 to 1730
                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ABDALLAH HAMDAN                    Juvenile:    ☐ Yes    X No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76    SS # 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    Sex: MALE    Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.          Address 260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Neil Gallagher                    Bar Number if applicable

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes    X    No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04

X Already in Federal Custody as of          in    Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          ☐ X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** __Essex_____

| | |
|---|---|
| Superseding Ind./ Inf. __X_____ | Case No. __04-10299-PBS__ |
| Same Defendant __x_____ | New Defendant _____ |
| Magistrate Judge Case Number | __04-m-1685-CBS__ |
| Search Warrant Case Number | __04-m-1720 to 1730__ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile  ☐ Yes  ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality: __Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  __Spanish_____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    RICARDO MARTINEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS___

Same Defendant ___x_____    New Defendant _____

Magistrate Judge Case Number ___04-m-1685-CBS___

Search Warrant Case Number ___04-m-1720 to 1730___

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:**    __Roger Witkin_____    **Address:** __6 Beacon Street, Ste 1010__
                                                                          __Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☐ No    **List language and/or dialect:**    __Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____.

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☒ **On Pretrial Release:**    Ordered by __MJ Swartwood__    on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/c5_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__     **Related Case Information:**

County __Essex__     Superseding Ind./ Inf. __X__     Case No. __04-10299-PBS__
    Same Defendant __x__     New Defendant _____
    Magistrate Judge Case Number __04-m-1685-CBS__
    Search Warrant Case Number __04-m-1720 to 1730__
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__     Juvenile   ☐ Yes   ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __John Wall__     **Address:** __1 Commercial Wharf West__
    __Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No     List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

    ☐ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05     Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**       **Category No.**   II      **Investigating Agency**   DEA

**City**   Lynn      **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant   X      New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA      Juvenile:    ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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   Sex: MALE   Race: Hispanic      Nationalit USA

**Defense Counsel if known:**    James H. Budreau, Esq.      Address 20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher      Bar Number if applicable

**Interpreter:**    ☐ Yes    X No      List language and/or dialect:

**Matter to be SEALED:**      Yes   X    No

     Warrant Requested      X☐   Regular Process      In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of      in

☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty      ☐ Misdemeanor      ☐ X Felony — 2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05      Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                    Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody                  **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.      X                      Case No.    04-10299-PBS
                                   Same Defendant      x                      New Defendant
                                   Magistrate Judge Case Number      04-m-1685-CBS
                                   Search Warrant Case Number      04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO                    Juvenile   ☐ Yes    ☒ No

Alias Name   Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:    Hispanic      Nationality: _____

**Defense Counsel if known:**    **Ray Buso**                    Address:  **15 Church Street**
                                                                 **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:      Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:  3/23/05                    Signature of AUSA: