UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MARIA ESCOBAR, ET AL

CRIMINAL ACTION
NO. 04-10299-PBS

**NOTICE OF RESCHEDULED HEARING**

SARIS, U.S.D.J.                                                                                                  July 5, 2005

      The Motion Hearing previously scheduled for July 6, 2005, has been **rescheduled** to a Status Hearing on **July 28, 2005, at 2:30 p.m.**

**NOTE:**   All Motions to Suppress or Dismiss are to be filed by **August 12, 2005.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc