UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                               CRIMINAL ACTION
                                               NO.   04-10299-PBS

          v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
SILVESTRE LIZARDI
GILBERTO ZAYAS
LUIS DEJESUS
GENE ANDERSON

### "REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL

SARIS, U.S.D.J.                                          February 1, 2006

          TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference
on **February 16, 2006**, at **2:00 p.m.**, and a Jury Trial on **February 27, 2006,** at **9:00 a.m.,** in
Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                        By the Court,

                                         _/s/ Robert C. Alba_
                                        Deputy Clerk

Copies to:  All Counsel