# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                    No. CR 04-10299-PBS

DANIEL AGUILAR

### ENTRY OF APPEARANCE

Now comes, John M. Cicilline, Esquire, and hereby enters his appearance on behalf of defendant in the above- entitled matter.

                                               Respectfully submitted
                                               Daniel Aguilar
                                               By his Attorney,

                                               John M. Cicilline, Esq. (#3350)
                                               387 Atwells Avenue
                                               Providence, RI 02909
                                               Office 401-273-5600
                                               Fax 401-454-5600

### CERTIFICATION

I, the undersign hereby certify that I caused to deliver a true copy of the within on 17 of February, 2006, to the U.S. District Court, U.S. Court house, suite 2300, 1 Courthouse way, Boston, MA 02210.