```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA       )
                               )
                               )   CRIMINAL ACTION
    v.                         )
                               )   NO. 04-10299-PBS
2. DANIEL AGUILAR              )
    a.k.a. "Lik"               )
3. ROBOERTO SOLORIO,           )
4. RICARDO MANUEL ESTRADA      )
                               )

## UNITED STATES' WITNESS LIST

The United States of America hereby is hereby reserving the right to call the following witnesses at trial. The government reserves its right to supplement or modify the list with reasonable notice to the defendant.

1. Hotel Employee from Countryside Motel, Peabody, MA

2. Hotel Employee from Countryside Motel, Peabody, MA

3. Maria Escobar (Framingham Detention Facility)

4. Phone Company Representatives (if no stipulation for wiretap calls)

5. U.S. Drug Enforcement Administration (DEA) Special Agent (SA) Jean Drouin, Boston, MA

6. DEA Task Force Agent (TFA) Kenneth Kelly, Boston, MA

7. DEA TFA Chris Borum, Boston, MA

8. Lt. Kenneth Gill, Massachusetts State Police (MSP)

9. DEA TFA Brian Flynn (Boston Police Department)

10. DEA Forensic Chemist Jennifer Chu, Northeast Regional Laboratory, New York City, NY

11. MSP Sgt. Thomas Quinn, Essex County Drug Task Force

12. MSP Chemist Caroline A. Tatro, 59 Horse Pond Road,

      Sudbury, MA

13.  MSP Sgt. Thomas Grenham

14.  Rogelio Garcia


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                By:     /s/ *Neil J. Gallagher, Jr.*
                              Neil J. Gallagher, Jr.
                              Sandra Bower
                              Assistant U.S. Attorneys
                              One Courthouse Way
                              Boston, MA

Date:  2/22/06

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                              /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.