```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              )
                              )    CRIMINAL ACTION
      v.                      )
                              )    NO. 04-10299-PBS
2. DANIEL AGUILAR             )
     a.k.a. "Lik"             )
3. ROBOERTO SOLORIO,          )
4. RICARDO MANUEL ESTRADA     )
                              )

## UNITED STATES' AMENDED WITNESS LIST

The United States of America hereby is hereby reserving the right to call the following witnesses at trial. The additional witnesses are indicated in bold type. The government reserves its right to supplement or modify the list with reasonable notice to the defendant.

1. Hotel Employee from Countryside Motel, Peabody, MA

2. Hotel Employee from Countryside Motel, Peabody, MA

3. Maria Escobar (Framingham Detention Facility)

4. Phone Company Representatives (if no stipulation for wiretap calls)

5. **Translators Deborah Huacuja and Gabriel Hadad (if no stipulation for transcripts)**

6. **U.S. Drug Enforcement Administration (DEA) Task Force Agent Jaime Cepero (Massachusetts State Police)**

7. DEA Special Agent (SA) Jean Drouin, Boston, MA

8. DEA Task Force Agent (TFA) Kenneth Kelly, Boston, MA

9. DEA TFA Chris Borum, Boston, MA

10. Lt. Kenneth Gill, Massachusetts State Police (MSP)

11. DEA TFA Brian Flynn (Boston Police Department)

12. **MSP Sgt. Jack Henley**

13. DEA Forensic Chemist Jennifer Chu, Northeast Regional Laboratory, New York City, NY (if no stipulation)

14. **DEA SA Paul Russell (instead of MSP Sgt. Grenham)**

15. MSP Sgt. Thomas Quinn, Essex County Drug Task Force

16. MSP Chemist Caroline A. Tatro, 59 Horse Pond Road, Sudbury, MA

17. Rogelio Garcia

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ *Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.
Sandra Bower
Assistant U.S. Attorneys
One Courthouse Way
Boston, MA

Date: 2/22/06

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.