UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                              CR NO.: 04-10299-PBS

DANIEL AGUILAR

### MOTION

Now comes John M. Cicilline in the above-entitled cause and moves to strike his appearance for Daniel Aguilar and for reason says that his appearance was entered in error.

WHEREFORE counsel moves to withdraw his appearance.

John M. Cicilline, Esquire #0433
Attorney for (Daniel Aguilar)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600

### CERTIFICATION

I the undersigned hereby certify that I cause to be deliver a true copy of the within to Neil J. Gallagher, A.U.S.A., US Attorney's Office, Joseph Moakley, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA, 02210 on this the 1st day of March, 2006.