UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
        v.                     )  CRIMINAL ACTION NO. 04-10299-PBS
                               )
DANIEL AGUILAR,                )
ROBERTO SOLORIO,               )
                               )
        Defendants.            )
_____)
```

Received 10:55 AM 03/07/06

### VERDICT FORM

Saris, U.S.D.J.

**Count One: Conspiracy to Distribute Cocaine (21 U.S.C. § 846)**

1. Daniel Aguilar

    _____ Not Guilty

    __✓__ Guilty

2. Roberto Solorio

    _____ Not Guilty

    __✓__ Guilty

[If you answered guilty to either Question 1 or Question 2, proceed to Question 3. If you answered not guilty to both Question 1 and Question 2, skip Question 3.]

3. Did the government prove beyond a reasonable doubt that the conspiracy to distribute cocaine involved five kilograms or more of cocaine?

    __✓__ Yes

    _____ No

**<u>Count Nine: Possession With the Intent to Distribute Cocaine (21 U.S.C. § 841(a)(1)); Aiding and Abetting (18 U.S.C. § 2)</u>**

4. Daniel Aguilar

   \_\_\_\_\_ Not Guilty

   __✓__ Guilty

5. Roberto Solorio

   \_\_\_\_\_ Not Guilty

   __✓__ Guilty

[If you answered guilty to either Question 4 or Question 5, proceed to Question 6. If you answered not guilty to both Question 4 and Question 5, skip Question 6.]

6. Did the government prove beyond a reasonable doubt that the possession with the intent to distribute cocaine involved five kilograms or more of cocaine?

   __✓__ Yes

   \_\_\_\_\_ No

I hereby certify that the answer to each one of the above questions is unanimous.

*Kevin L. Ward*
**JURY FOREPERSON**

Dated: 3/7/2006