UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10299-PBS

UNITED STATES OF AMERICA

v.

DANIEL AGUIIAR

In Open Court
USDC, Mass.
Date 3/6/06

## MOTION FOR JUDGMENT OF AQUITTAL AT THE CLOSE OF THE GOVERNMENT'S EVIDENCE

NOW COMES the defendant, Daniel Aguilar, and moves the Court pursuant to Rule 29(a), Federal Rules of Criminal Procedure, for Judgment of Acquittal at the close of the Government's Evidence.

As grounds therefore defendant re-alleges all motions and objections, previously stated herein, and submits that the Government's evidence is insufficient to sustain a conviction of the offenses charged, as a matter of law.

Respectfully submitted,

Dated: March 3, 2005

Benjamin D. Entine, Esq.
77 Franklin Street, 3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of March, 2006.

Benjamin D. Entine, Esq.