*Your name and address should be here.*

Daniel Aguilar
Inmate No: 80432-038
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF __MASSACHUSETTS__

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. __3:04-CR-10299-PBS__ |
| ) | |
| vs. ) | NOTICE OF APPEAL |
| ) | |
| DANIEL AGUILAR_____, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, __DANIEL AGUILAR_____, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on __JUNE 13,_____, 200__6__.

Respectfully submitted this _____ day of _____, 200___.

_____
DANIEL AGUILAR

Copy mailed this _____ day of _____,
200_____, to each of the following:

AUSA Neil J. Gallagher, Jr.
United States Attorney's Office
District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210