UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10299-23-PBS

UNITED STATES OF AMERICA

v.

DANIEL AGUIIAR

## MOTION FOR FUNDS FOR TRIAL TRANSCRIPTS AND

## SENTENCING HEARING

NOW COMES the defendant, Daniel Aguilar, by counsel and moves this Honorable Court to grant Funds for the Trial Transcript and Sentencing Hearing.

Defendant's trial in the above-referenced matter commenced on February 27, 2006 and concluded on March 7, 2006. Counsel for the defendant requests funds not to exceed $3,000.00 for all trial proceedings transcripts and defendant's sentencing hearing presently scheduled for June 13, 2006, to be used in his appeal.

WHEREFORE defendant, by counsel requests funds not to exceed $3,000.00 for the trial transcripts and the sentencing hearing.

Respectfully submitted,

Dated: April 4, 2006

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

<u>Certificate of Service</u>

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 4th day of April, 2006.

                       <u>/s/ Benjamin D. Entine, Esq.</u>