**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USDC Docket Number : 04-cr-10299

United States of America

v.

Daniel Aguilar

---

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-4, 7, 14, 24-28, 33, 42-44, 49, 50, 55, 56, 69, 71, 73, 75, 91-93, 108, 127-130, 146, 147, 153, 154, 166, 174, 188, 189, 200, 238-140, 146, 147, 153, 154, 166, 174, 188, 189, 200, 238, 239, 240, 248, 259, 261, 270, 275, 278, 282, 289, 290, 291, 293, 294, 298, 299, 300, 301, 311, 313, 314, 318, 319, 326, 327, 343, 354

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/17/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2006.

Sarah A. Thornton, Clerk of Court

By
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _4-26-6_

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06