APPEAL, INTERP, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10299-PBS-2

Case title: USA v. Luciano et al                     Date Filed: 09/29/2004
Magistrate judge case number: 1:04-mj-01732-CBS

Assigned to: Judge Patti B. Saris

## Defendant

**Daniel Aguilar** (2)                 represented by **Benjamin D. Entine**
*also known as*                                        Attorney at Law
Lik (2)                                                Suite 300
                                                       77 Franklin Street
                                                       Boston, MA 02110
                                                       617-357-0770
                                                       Fax: 617-357-1612
                                                       Email: bejdphd@earthlink.net
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: CJA Appointment*

                                                       **John M. Cicilline**
                                                       387 Atwells Ave.
                                                       Providence, RI 02903
                                                       401-273-5600
                                                       *TERMINATED: 03/03/2006*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

## Pending Counts                                      ## Disposition

21:846 Conspiracy to Possess
with Intent to Distribute Cocaine
(1)

21:846-CONSPIRACY TO
POSSESS WITH INTENT TO
DISTRIBUTE COCAINE

(1s)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE - FIVE
KILOGRMS OR MORE OF
COCAINE - 21 USC 846, 841(a)
(1)
(1ss)

21USC 841(a)(1) POSSESION
WITH INTENT TO
DISTRIBUTE FIVE
KILOGRAMS OR MORE OF
COCAINE AND 18USC2
AIDING AND ABETTING
(9)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

21:846=CD.F, Knowlingly and
intentionally conspire with one
and other and with other persons
unknown, to possess with intent to
distribute a quantity of cocaine, a
Schedule II controlled substance

## Disposition

## Disposition

## Plaintiff

**USA**                    represented by **Neil J. Gallagher, Jr.**
                                          United States Attorney's Office

John Joseph Moakley U.S.
Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3397
Email: neil.gallagher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Peabody**
Nystrom, Beckman & Paris
10 St. James Avenue
16th floor
Boston, MA 02116
617-778-9103
Fax: 617-778-9110
Email: rpeabody@nbparis.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra S. Bower**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3184
Fax: 617-748-3965
Email: Sandra.Bower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2004 | 1 | COMPLAINT as to Luz Luciano (1), Daniel Aguilar (2), Roberto Solorio (3), Ricardo Estrada (4). (Jones, Sherry)[1:04-mj-01732-CBS] (Entered: 05/05/2004) |
| 05/03/2004 | 2 | AFFIDAVIT of Special Agent Jean Drouin by USA as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada 1 Complaint. (Jones, Sherry)[1:04-mj-01732-CBS] (Entered: 05/05/2004) |
| 05/03/2004 | | Arrest of Luz Luciano, Daniel Aguilar, Roberto Solorio, |

| | | |
|---|---|---|
| | | Ricardo Estrada (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 05/07/2004) |
| 05/03/2004 | 🌢 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada held on 5/3/2004. Case called, Counsel (Peabody, Bourbeau), Interpreter Hua[1:04cuja/Lilley, PTS Cuascut & Defendants--Aguilar, Solorio and Estrada (without counsel) appear, Defendants advised of rights, Government requests detention, Case continued for P/C and Detention, Defendants remanded to the custody of the US Marshals. (2[1:04:29 A.) (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 05/07/2004) |
| 05/03/2004 | 🌢3 | Judge Charles B. Swartwood : ORDER OF Temporary DETENTION as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Detention Hearing set for 5/5/2004 10:30 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-m (Entered: 05/07/2004) |
| 05/03/2004 | 🌢4 | Judge Charles B. Swartwood : ORDER entered CJA 20 as to Daniel Aguilar : Appointment of Attorney Benjamin D. Entine for Daniel Aguilar. (Jones, Sherry)[1:04-mj-01732-CBS] (Entered: 05/13/2004) |
| 05/05/2004 | 🌢 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada held on 5/5/2004, Preliminary Examination as to Luz Luciano, Daniel Aguilar, [1:04Roberto Solorio, Ricardo Estrada held on 5/5/2004, Case called, Counsel (Peabody, Bourbeau, Entine, Fried & Weinstein) appear, Counsel request continuance, Case continued for P/C and Detention, Defendants remanded to the custody of the US Marshal. (1[1:041:15 A.) (Roland, Lisa) [1:04-mj-01732-CBS] (Entered: 05/07/2004) |
| 05/24/2004 | 🌢 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Ricardo Estrada, Daniel Aguilar, Roberto Solorio held on 5/24/2004, Preliminary Examination as to Ricardo Estrada, Daniel Aguilar, Roberto [1:04Solorio held on 5/24/2004. Case called, Counsel (Peabody, Entine, Fried, Weinstein), PTS Cuascut, Interpreter Lilley & defendants appear, Financial affidavit filed by Dft Aguilar, Government calls Agent Jean Drouin, Cross by Attorney Entine, Cross b[1:04y Attorney Fried, Cross by |

| | | |
|---|---|---|
| | | Attorney Weinstein, Case continued to 6/1/04 @ 11:30 AM, Defendants remanded to the custody of the US Marshal. (2:36 P.) (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 05/24/2004) |
| 05/24/2004 | 7 | EXHIBIT/WITNESS LIST re: P/C & Detention Hearing as to Ricardo Estrada, Daniel Aguilar, Roberto Solorio (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 05/24/2004) |
| 05/24/2004 | 8 | CJA 23 Financial Affidavit by Daniel Aguilar (Hassett, Kathy) [1:04-mj-01732-CBS] (Entered: 05/25/2004) |
| 06/01/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Daniel Aguilar held on 6/1/2004. Case called, Counsel (Peabody, Entine), PTS Pacozzi & Dft appear, Government argues, Dft assents to order [1:04 of detention but reserves his right to a hearing in the future, Dft remanded to the custody of the US Marshal. (3:27 P.) (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 07/04/2004) |
| 06/04/2004 | 14 | Judge Charles B. Swartwood : Memorandum of Probable Cause and Order on the Government's Motion for Detention as to Ricardo Estrada, Daniel Aguilar, Roberto Solorio, cc/cl. (Roland, Lisa)[1:04-mj-01732-CBS] (Entered: 06/21/2004) |
| 09/29/2004 | 24 | INDICTMENT as to Luz Luciano (1) count(s) 1, Daniel Aguilar (2) count(s) 1, Roberto Solorio (3) count(s) 1, Ricardo Estrada (4) count(s) 1. (Gawlik, Cathy) (Entered: 09/29/2004) |
| 09/29/2004 | 25 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Gawlik, Cathy) (Entered: 09/29/2004) |
| 10/06/2004 | 26 | FIRST SUPERSEDING INDICTMENT as to Luz Luciano (1) count(s) 1s, Daniel Aguilar (2) count(s) 1s, Roberto Solorio (3) count(s) 1s, Ricardo Estrada (4) count(s) 1s, Andres Martinez (5) count(s) 1, Jose Rosales (6) count(s) 1, Valentin Martinez (7) count(s) 1, Kelvin Madera (8) count(s) 1, Abdallah Hamdan (9) count(s) 1, Ricardo Martinez (10) count(s) 1, Howard Greenberg (11) count(s) 1, Edgar Hoffens (12) count (s) 1, Rogelio Garcia (13) count(s) 1, Javier Angel Romero (14) count(s) 1, Christian Germosen (15) count(s) 1, Juan Martinez (16) count(s) 1, Gerardo Vasseur Ortiz (17) count(s) 1, Phillip Asaro (18) count(s) 1, Silvestre Lizardi (19) count(s) 1, Robert Ruscio (20) count(s) 1, Giovanni Avila (21) count(s) |

| | | |
|---|---|---|
| | | 1, Gilberto Zayas (22) count(s) 1, Luis DeJesus (23) count(s) 1, Benito Grullon (24) count(s) 1. (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
| 10/06/2004 | 27 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: Pretrial as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
| 10/12/2004 | 28 | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 11/1/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/12/2004) |
| 10/20/2004 | 33 | TRANSCRIPT of Probable Cause and Detention Proceedings as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada held on May 24, 2004 before Judge Charles B. Swartwood, III. Court Reporter: Digital sound recording. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 10/20/2004) |
| 11/01/2004 | ◔ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Gerardo Vasseur Ortiz (17) Count 1 and Phillip Asaro (18) Count 1 and Silvestre Lizardi (19) Count 1 and Robert Ruscio (20) Count 1 and Giovanni Avila (21) Count 1 and Andres Martinez (5) Count 1 and Jose Rosales (6) Count 1 and Gilberto Zayas (22) Count 1 and Luis DeJesus (23) Count 1 and Edgar Hoffens (12) Count 1 and Daniel Aguilar (2) Count 1s and Roberto Solorio (3) Count 1s and Ricardo Estrada (4) Count 1s held on |

| | | |
|---|---|---|
| | | 11/1/2004, Case called, Counsel (Peabody, Entine, Fried, Weinstein, Cicciline, Barretta, Norris, Wall, Welsh, Griffen, Schneider, Hayden, Gillespie, Laymon, Natola), Interpreter Lilley & defendants appear, All defendants notified of rights, charges & maximum penalties, Not Guilty Plea entered by Dft Aguilar on count 1, Not Guilty Plea entered by Dft Solorio on count 1, Not Guilty Plea entered by Dft Estrada on count 1, Not Guilty Plea entered by Dft Martinez on count 1, Not Guilty Plea entered by Dft Rosales on count 1, Not Guilty Plear entered by Dft Hamdan on count 1, Not Guilty Plea entered by Dft Hoffens on count 1, Not Guilty Plea entered by Dft Ortiz on count 1, Not Guilty Plea entered by Dft Asaro on count 1, Not Guilty Plea entered by Dft Lizardi on count 1, Not Guilty Plea entered by Dft Ruscio on count 1, Not Guilty Plea entered by Dft Zayas on count 1, Not Guilty Plea entered by Dft DeJesus on count 1, Not Guilty Plea entered by Dft Avila on count 1, The Court discusses issue of scheduling, Initial Status Conference scheduled for January 20, 2004 @ 3:00 pm IN BOSTON, Order of Excludable Time to issue, Dft Aguilar, Estrada, Martinez, Rosales, Hamda, Romero Germosen, Ortiz, Zayas & DeJesus remanded to the custody of the US Marshal.(Tape #11:36 A.) (Roland, Lisa) (Entered: 11/01/2004) |
| 11/02/2004 | 42 | Judge Charles B. Swartwood : STATUS REPORT as to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Status Conference set for 1/20/2005 03:00 PM in BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | 43 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Time excluded from |

| | | |
|---|---|---|
| | | November 1, 2004 until January 20, 2005, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/03/2004 | 44 | Letter (non-motion) regarding transcript of Probable Cause and Detention hearing. as to Daniel Aguilar (Jones, Sherry) (Entered: 11/03/2004) |
| 12/20/2004 | 49 | NOTICE OF ATTORNEY APPEARANCE Neil J. Gallagher Jr. appearing for Modified on 4/8/2005 (Costello2, Helen). (Entered: 12/28/2004) |
| 12/20/2004 | 50 | NOTICE of Substitution of Government Counsel in case as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon. Attorney Robert L. Peabody terminated. (Patch, Christine) (Entered: 12/28/2004) |
| 01/20/2005 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon held on 1/20/2005. Case called, Counsel appear, Counsel request additional time, Case continued, Time to be excluded. (3:17 P.) (Roland, Lisa) (Entered: 01/26/2005) |
| 01/25/2005 | 55 | Judge Charles B. Swartwood : STATUS REPORT as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Status Conference set for 3/23/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood FOR DISCOVERY DEFENDANTS ONLY, cc/cl. (Roland, Lisa) (Entered: 01/26/2005) |

| 01/25/2005 | ⊘56 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Time excluded from January 20, 2005 until March 23, 2005, cc/cl. (Roland, Lisa) (Entered: 01/26/2005) |
| --- | --- | --- |
| 02/09/2005 | ⊘69 | Letter (non-motion) regarding Destruction of Drug Evidence as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 02/09/2005) |
| 02/11/2005 | ⊘71 | Judge Charles B. Swartwood : ORDER entered as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, cc/cl. (Roland, Lisa) (Entered: 02/11/2005) |
| 02/16/2005 | ⊘73 | Letter (non-motion) regarding Discovery as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Attachments: # 1)(Gallagher, Neil) (Entered: 02/16/2005) |
| 02/22/2005 | ⊘75 | Letter (non-motion) regarding Transcripts as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, |

| | | |
|---|---|---|
| | | Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 02/22/2005) |
| 03/23/2005 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Gerardo Vasseur Ortiz, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus held on 3/23/2005. Case called, Counsel (Gallagher, Entine, Budreau, Cicillini, Baretta, Witkin, Wall, Welsh, Griffin, Hayden, Natola, Gillepie, Laymon) appear, Arraignment on Superseding indictment set for 4/21/2005 @ 3:00 IN BOSTON, Counsel request additional time, Case continued, Time to be excluded. (Tape #2:25 P.) (Roland, Lisa) (Entered: 03/23/2005) |
| 03/23/2005 | | Case sealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Costello, Helen) (Entered: 04/08/2005) |
| 03/23/2005 | ❂96 | REDACTED INDICTMENT as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz. (Costello2, Helen) (Entered: 04/08/2005) |
| 03/25/2005 | ❂92 | Judge Charles B. Swartwood : STATUS REPORT as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito |

|  |  | Grullon; Status Conference set for 6/20/2005 02:00 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/04/2005) |
|---|---|---|
| 03/25/2005 | 93 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Time excluded from March 23, 2005 until June 20,2005, cc/cl. (Roland, Lisa) (Entered: 04/04/2005) |
| 03/30/2005 | 91 | NOTICE *of Superseding Indictment* by USA as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 03/30/2005) |
| 03/30/2005 | ❑ | Case unsealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Costello2, Helen) (Entered: 04/08/2005) |
| 04/01/2005 | ❑ | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 4/21/2005 03:00 PM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 04/21/2005 | ✑ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Gerardo Vasseur Ortiz (17) Count 1s and Jose Rosales (6) Count 1s,3-5 and Abdallah Hamdan (9) Count 1s,3-5 and Daniel Aguilar (2) Count 1ss,9 and Christian Germosen (15) Count 1s held on 4/21/2005, Case called, Counsel (Gallagher, Entine, Beretta, Norris, Hickey, Welsh), PTS, Interpreter Haddad & Defendants appear, Defendants notified of rights, charges & maximum penalties, Not Guilty Plea entered by Gerardo Vasseur Ortiz (17) on Count 1s, Not Guilty Plea entered by Jose Rosales (6) on Count 1s & 3-5, Not Guilty Plea entered by Abdallah Hamdan (9) on Counts 1s & 3-5, Not Guilty Plea entered by Daniel Aguilar (2) on Counts 1ss & 9, Not Guilty Plea entered by Christian Germosen (15) on Count 1s, All Defendants remanded to the custody of the US Marshals. (3:47 pm.) (Roland, Lisa) (Entered: 05/25/2005) |
| 04/28/2005 | ✑108 | Judge Patti B. Saris: ORDER entered REFERRING to Chief Magistrate Judge Swartwood [107] SEALED MOTION for Ex Parte Finding as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz and sealed defendants. (Alba, Robert) (Entered: 04/28/2005) |
| 05/31/2005 | ✑127 | MOTION to Sequester *MOTION AND MEMORANDUM OF DEFENDANT FOR SEQUESTRATION OF WITNESSES* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | ✑128 | Fourth MOTION for Order as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah |

| | | |
|---|---|---|
| | | Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 129 | MOTION to Exclude *MOTION OF DEFENDANT TO PRECLUDE THE GOVERNMENT'S ATTORNEY FROM PRESENTING JENCKS ACT MATERIAL TO THE DEFENDANT'S COUNSEL IN FRONT OF THE JURY* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 130 | PROPOSED ORDER(S) submitted by Howard Greenberg as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Witkin, Roger) (Entered: 05/31/2005) |
| 06/15/2005 | 🌐 | Motions terminated as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz: 128 MOTION for Order, 129 MOTION to Exclude, 127 MOTION to Sequester. (Motions should have only been attached to Defendant Howard Greenberg) (Roland, Lisa) (Entered: 06/15/2005) |
| 06/22/2005 | 146 | Judge Charles B. Swartwood : STATUS REPORT as to Daniel |

| | | |
|---|---|---|
| | | Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, William R. Holmes, Gene A. Anderson; Status Conference set for 7/28/2005 02:00 PM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 06/24/2005) |
| 06/22/2005 | ❑147 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, William R. Holmes, Gene A. Anderson; Time excluded from June 20, 2005 until July 28, 2005, cc/cl. (Roland, Lisa) (Entered: 06/24/2005) |
| 07/28/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, William R. Holmes, Gene A. Anderson held on 7/28/2005. Case called, Counsel (Gallagher, Witkin, Wall, Brennan, Hayden, Griffen, Schneider, Gillespir, Laymon, Brennan, Chapman, Barren, Norris, Welsh) appear, Case originally to be sent back to District Judge, and eventually held on to case for discovery issues, Status Report and Order of Excludable Time to issue. (2:20, 2:32 P.) (Roland, Lisa) (Entered: 08/04/2005) |
| 08/01/2005 | ❑153 | Judge Charles B. Swartwood : STATUS REPORT as to Daniel Aguilar, Roberto Solorio, Andres Martinez, Manuel Germosen, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, William R. Holmes, Gene A. Anderson; Status Conference set for 11/7/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, |

| | | |
|---|---|---|
| | | cc/cl. (Roland, Lisa) (Entered: 08/04/2005) |
| 08/01/2005 | 154 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Daniel Aguilar, Roberto Solorio, Andres Martinez, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, William R. Holmes, Gene A. Anderson; Time excluded from July 28, 2005 until November 4, 2005, cc/cl. (Roland, Lisa) (Entered: 08/04/2005) |
| 09/12/2005 | 166 | First MOTION to Unseal Document *Second Superseding Indictment* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz, William R. Holmes, Gene A. Andersonby USA. (Gallagher, Neil) (Entered: 09/12/2005) |
| 09/19/2005 | ◕ | Judge Patti B. Saris : ElectronicORDER entered. Order to Unseal Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. (Hurley, Virginia) (Entered: 09/20/2005) |
| 09/30/2005 | 174 | MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT *AS TO HOWARD GREENBERG* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, |

| | | |
|---|---|---|
| | | Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Andersonby Howard Greenberg. (Witkin, Roger) Modified on 10/12/2005 (Catino, Theresa). (Entered: 09/30/2005) |
| 11/02/2005 | ❍ | Motions terminated as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson: 174 MOTION MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT *AS TO HOWARD GREENBERG*. This Motion should have only been filed as to Howard Greenberg. (Roland, Lisa) (Entered: 11/02/2005) |
| 11/07/2005 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Daniel Aguilar, Roberto Solorio, Manuel Germosen, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson held on 11/7/2005. Case called, Counsel (Gallagher, Entine, Norris, Shea, Chapman) appear, All Defendants to be returned to the District Judge except for Carlos Orlando Argueta-Macario, William Holmes & Gene Anderson. Counsel for these 3 defendants request additional time, Oral Motion to Exclude Time, Case continued to 1/19/2006 @ 3:30 by telephone, Status Report and Order on Excludable Delay to issue. (Digital Recording 3:34 P.) (Roland, Lisa) (Entered: 11/07/2005) |
| 11/07/2005 | ❍ 188 | Judge Charles B. Swartwood : STATUS REPORT as to Daniel Aguilar, Roberto Solorio, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, Carlos Argueta, William Holmes & Gene Anderson. Further status conference set for 1/19/2006 @ 3:30 |

| | | |
|---|---|---|
| | | pm by telephone as to defendants Carlos Argueta, William Holmes & Gene Anderson only, cc/cl. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/07/2005 | ❍ | Oral MOTION for Excludable Delay to as to Daniel Aguilar, Roberto Solorio, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Robinson Ruiz, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Andersonby USA. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/07/2005 | ❍ 189 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Daniel Aguilar (2), Roberto Solorio (3), Abdallah Hamdan (9), Howard Greenberg (11), Edgar Hoffens (12), Rogelio Garcia (13), Phillip Asaro (18), Silvestre Lizardi (19), Robert Ruscio (20), Giovanni Avila (21), Gilberto Zayas (22), Luis DeJesus (23), Robinson Ruiz (26), Carlos Orlando Argueta-Macario (28), William R. Holmes (29), Gene A. Anderson (30). Time excluded from November 4, 2005 through January 17, 2006, cc/cl. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/08/2005 | ❍ | Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/21/2005 | ❍ 200 | NOTICE OF STATUS CONFERENCE as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. Please take notice that a Status Conference with all counsel representing the above-named defendants present has been scheduled for December 12, 2005 at 4:00 p.m. in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA before Judge Patti B. Saris. (Alba, Robert) (Entered: 11/21/2005) |
| | | |

| | | |
|---|---|---|
| 12/12/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson held on 12/12/2005. Motion to Suppress Hearing as to Philip Asaro set for 1/13/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Benito Grullion set for 1/23/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Howard Greenberg set for 1/24/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/12/2005) |
| 01/17/2006 | 238 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/17/2006 | 239 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/17/2006 | 240 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/18/2006 | ● | Notice of correction to docket made by Court staff. Correction: Documents No. 239 and 240 are duplicates of Document No. 238. Please refer to Document No. 238 for corrected filing as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson (Patch, Christine) (Entered: 01/18/2006) |
| 01/20/2006 | 248 | Assented to MOTION to Continue *Trial Date* as to Daniel Aguilar, Roberto Solorio, Phillip Asaroby Phillip Asaro. (Fried, Syrie) (Entered: 01/20/2006) |
| 01/24/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered denying 248 Assented to MOTION to Continue Trial Date as to Daniel |

| | | Aguilar, Roberto Solorio, Phillip Asaro by Phillip Asaro. "Denied." (Alba, Robert) (Entered: 01/24/2006) |
|---|---|---|
| 02/01/2006 | 259 | "REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Silvestre Lizardi, Gilberto Zayas, Luis DeJesus, Gene A. Anderson. Final Pretrial Conference set for February 16, 2006, at 2:00 p.m., and Jury Trial set for February 27, 2006, at 9:00 a.m., in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts. (Alba, Robert) (Entered: 02/01/2006) |
| 02/01/2006 | 261 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Silvestre Lizardi, Gilberto Zayas, Luis DeJesus, Gene A. Anderson Jury Trial set for 2/27/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 2/16/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/01/2006) |
| 02/14/2006 | 270 | PRETRIAL MEMORANDUM by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Gallagher, Neil) Modified on 2/15/2006 (Patch, Christine). (Entered: 02/14/2006) |
| 02/15/2006 | 275 | Proposed Jury Instructions by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Bower, Sandra) (Entered: 02/15/2006) |
| 02/15/2006 | 278 | Proposed Voir Dire by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Bower, Sandra) (Entered: 02/15/2006) |
| 02/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Silvestre Lizardi, Luis DeJesus, Gene A. Anderson held on 2/16/2006. Court sets Status Hearing with counsel present as to defendants Daniel Aguilar, Valentin Martizez and Luis DeJesus for 2/17/06 at 10:30 a.m. in Courtroom 19, 7th floor. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 02/16/2006) |
| 02/17/2006 | 282 | NOTICE OF ATTORNEY APPEARANCE: John M. Cicilline appearing for Daniel Aguilar (Patch, Christine) (Entered: |

| | | 02/17/2006) |
|---|---|---|
| 02/17/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Daniel Aguilar, Luis DeJesus held on 2/17/2006. Further Status Conference as to Daniel Aguilar set for 2:00 p.m. today. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/17/2006) |
| 02/17/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Further Status Conference as to Daniel Aguilar held on 2/17/2006. Court holds colloquy with defendant regarding representation of counsel and trial. Counsel to inform Court next week as to representation issue. (Court Reporter Valerie O'Hara.)(Int. L. Eastment) (Alba, Robert) (Entered: 02/17/2006) |
| 02/22/2006 | ❍289 | MOTION in Limine *(Rengifo Motion)* as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinezby USA. (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/22/2006 | ❍290 | EXHIBIT/WITNESS LIST by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/22/2006 | ❍291 | EXHIBIT/WITNESS LIST by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/24/2006 | ❍293 | Proposed Voir Dire by Daniel Aguilar (Entine, Benjamin) (Entered: 02/24/2006) |
| 02/24/2006 | ❍294 | MOTION in Limine as to Daniel Aguilar. (Entine, Benjamin) (Entered: 02/24/2006) |
| 02/24/2006 | ❍302 | Ex Parte MOTION, filed under seal as to Daniel Aguilar, Roberto Solorioby USA. (Patch, Christine) (Entered: 02/27/2006) |
| 02/27/2006 | ❍298 | Opposition by USA as to Daniel Aguilar re 294 MOTION in Limine (Bower, Sandra) (Entered: 02/27/2006) |
| 02/27/2006 | ❍299 | TRIAL BRIEF by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Gallagher, Neil) (Entered: 02/27/2006) |
| 02/27/2006 | ❍300 | EXHIBIT/WITNESS LIST by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada (Gallagher, Neil) (Entered: 02/27/2006) |
| | | |

| 02/27/2006 | ●301 | Writ of Habeas Corpus ad Testificandum Issued as to Maria Escobar for Jury Trial on February 28, 2006, and March 1, 2006 at 9:00 a.m. in case as to Daniel Aguilar and Roberto Solorio. (Alba, Robert) (Entered: 02/27/2006) |
| 02/27/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Daniel Aguilar, Roberto Solorio held on 2/27/2006. Voir Dire begun on 2/27/2006. Jury selected. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/27/2006) |
| 02/27/2006 | ●309 | Assented to MOTION to Continue and to File Under Seal as to Kelvin Madera. (Patch, Christine) (Entered: 03/01/2006) |
| 02/28/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Daniel Aguilar, Roberto Solorio held on 2/28/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/28/2006) |
| 02/28/2006 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 302 Ex Parte Motion as to Daniel Aguilar (2), Roberto Solorio (3) (Patch, Christine) (Entered: 03/03/2006) |
| 03/01/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Daniel Aguilar, Roberto Solorio held on 3/1/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/01/2006) |
| 03/01/2006 | ●311 | MOTION to Strike Appearance as to Daniel Aguilar. (Patch, Christine) (Entered: 03/03/2006) |
| 03/01/2006 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 311 Motion to Strike Attorney as to Daniel Aguilar (2) (Patch, Christine) (Entered: 03/03/2006) |
| 03/02/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Daniel Aguilar, Roberto Solorio held on 3/2/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/02/2006) |
| 03/02/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Daniel Aguilar, Roberto Solorio held on 3/2/2006 re Motions in Limine. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/02/2006) |
| 03/02/2006 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 309 |

| | | |
|---|---|---|
| | | Sealed Motion as to Kelvin Madera. (Patch, Christine) (Entered: 03/03/2006) |
| 03/03/2006 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Daniel Aguilar, Roberto Solorio held on 3/3/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/03/2006) |
| 03/03/2006 | ❂ | Attorney update in case as to Daniel Aguilar. Attorney John M. Cicilline terminated. (Patch, Christine) (Entered: 03/03/2006) |
| 03/06/2006 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Daniel Aguilar, Roberto Solorio held on 3/6/2006. Parties rest. Jury begins deliberations. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/06/2006) |
| 03/06/2006 | ❂326 | MOTION for Judgment of Acquittal at the Close of All the Evidence as to Daniel Aguilar. (Patch, Christine) (Entered: 03/08/2006) |
| 03/06/2006 | ❂ | Judge Patti B. Saris : Electronic ORDER entered denying 326 Motion for Judgment of Acquittal at the Close of all Evidence as to Daniel Aguilar (2) (Patch, Christine) (Entered: 03/08/2006) |
| 03/06/2006 | ❂327 | MOTION for Judgment of Acquittal at the Close of the Government's Evidence as to Daniel Aguilar. (Patch, Christine) (Entered: 03/08/2006) |
| 03/06/2006 | ❂ | Judge Patti B. Saris : Electronic ORDER entered denying 327 Motion for Judgment of Acquittal at the Close of the Government's Evidence as to Daniel Aguilar (2) (Patch, Christine) (Entered: 03/08/2006) |
| 03/07/2006 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Seven as to Daniel Aguilar, Roberto Solorio held on 3/7/2006. Jury continues deliberations. Jury returns a verdict. Verdict: Guilty on Count One and Count Nine as to both Daniel Aguilar and Roberto Solorio. Both defendants remanded to the custody of the US Marshal. Sentencing for Roberto Solorio set for 6/13/2006 at 3:00 PM. Sentencing for Daniel Aguilar set for 6/13/06 at 4:00 PM(Court Reporter Valerie O'Hara.)(Int. Deborah Huacuja) (Alba, Robert) (Entered: 03/07/2006) |
| | | |

| 03/07/2006 | 313 | COURT'S EXHIBIT LIST for Jury Trial held from 2/27/06 through 3/7/06 as to Daniel Aguilar and Roberto Solorio. (Alba, Robert) (Entered: 03/07/2006) |
|---|---|---|
| 03/07/2006 | 314 | COURT'S WITNESS LIST for Jury Trial held from 2/27/06 through 3/7/06 as to Daniel Aguilar and Roberto Solorio. (Alba, Robert) (Entered: 03/07/2006) |
| 03/07/2006 | 318 | JURY VERDICT as to Daniel Aguilar (2) Guilty on Count 1ss,9 and Roberto Solorio (3) Guilty on Count 1ss,9. (Patch, Christine) (Entered: 03/08/2006) |
| 03/08/2006 | 319 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Daniel Aguilar Sentencing set for 6/13/2006 04:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/08/2006) |
| 03/17/2006 | 343 | NOTICE OF APPEAL by Daniel Aguilar re Jury Trial. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/6/2006. (Patch, Christine) (Entered: 03/24/2006) |
| 04/04/2006 | 354 | MOTION for Authorization of Services or Funds *for trial transcripts* as to Daniel Aguilar. (Entine, Benjamin) (Entered: 04/04/2006) |