UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10299

United States of America

v.

Daniel Aguilar

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-4, 7, 14, 24-28, 33, 42-44, 49, 50, 55, 56, 69, 71, 73, 75, 91-93, 108, 127-130, 146, 147, 153, 154, 166, 174, 188, 189, 200, 238-140, 146, 147, 153, 154, 166, 174, 188, 189, 200, 238, 239, 240, 248, 259, 261, 270, 275, 278, 282, 289, 290, 291, 293, 294, 298, 299, 300, 301, 311, 313, 314, 318, 319, 326, 327, 343, 354

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/17/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/3/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1700

- 3/06