# United States Court of Appeals
## For the First Circuit

No. 06-1700

UNITED STATES,

Appellee,

v.

DANIEL AGUILAR, a/k/a Lik,

Defendant, Appellant.

**JUDGMENT**

Entered: June 7, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/7/06

By: **AMY B. LEDERER**
Appeals Attorney

[cc: Daniel Aguilar, Benjamin D. Entine, Esq., Neil J. Gallagher, Jr. AUSA, Sandra S. Bower, AUSA, Dina M. Chaitowitz, AUSA]