**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DOCKET NO. 04-10299-23-PBS

UNITED STATES OF AMERICA

v.

DANIEL AGUIIAR

**NOTICE OF APPEAL**

NOW COMES the defendant, Daniel Aguilar, by counsel, and files Notice of Appeal from his conviction, sentence, judgment, and commitment entered on June 21, 2006.

Dated: June 21, 2006

Respectfully submitted,
/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21st day of June, 2006.

/s/ Benjamin D. Entine, Esq.