Daniel Aguilar Pazol
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

May 30, 2006

FILED
In Open Court
USDC, Mass.
Date 6-21-06
By ____
Deputy Clerk

The Honorable Patricia B. Saris
United States District Court
District of Massachussetts
John Joseph Moakley United States Courthouse
1 Courthouse Way-Suite 2300
Boston, MA 02210

Re: <u>US v. Daniel Aguilar, CR No. 04:10299</u>

Dear Honorable Judge Saris,

    Your Honor, my name is Daniel Aguilar. I am the defendant in the above entitled matter. Your Honor, I am writing this letter from my heart and I hope your Honor will take it into consideration for my sentencing.

    On March 7, 2006, I was found guilty in the above case, and my sentencing was scheduled for June 13, 2006. I never got a chance to voice my concerns-my voice-and I would like to take this opportunity to do so. On the day I was arrested, May 1, 2004, a Mr. Andres Martinez asked me to pick up clothing for him at a Hotel. I was a guest of Mr. Martinez, and had only been in this country for thirty-seven (37) days at the time. Mr. Martinez never stated that the items I would pick up for him were drugs. I did not come to this country to do any harm.

    As stated earlier, the day I was arrested Mr. Martinez asked me to pick up his clothing, but he never ever told me that the contents of the luggages were drugs and I did not know they were drugs, and I did not have any reason to suspect or believe that it was drugs. I never opened the luggages Your Honor.

    Mr. Martinez has always told me that they were clothes; however, Your Honor, if it was my error or misjudgement to accept the invitation of Mr. Martinez and come to this country and transpert the luggages then I do accept my error and misjudgement with all of the pain in my heart knowing that I am so far away from my family-my wife, and two kids. I am sorry Your Honor, and I apologize to this Court. If I knew Mr. Martinez better Your Honor, just a little better Your Honor, I wouldn't have acepted his invitation. Your Honor, my attorney Benjamin Entine, Esq. has known this from the beginning, however, I wanted to let you know in my own words in this letter. Thank you, Your Honor.

Sincerely,

Daniel Aguilar

PS. Your Honor, I do not speak english, my native language is spanish, a fellow inmate translated this letter for me out of kindness. Thank you.