U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

July 6, 2006

The Honorable Patti Saris
Judge of the U.S. District Court
  for the District of Massachusetts
Harold D. Donohue U.S. Courthouse
595 Main Street
Worcester, Massachusetts 01608-2025

**Re:  AGUILAR, Daniel**
     Reg. No. 80432-038
     Docket No. 1:04CR10299-002-PBS

Dear Judge Saris:

   Thank you for your recommendation that Daniel Aguilar serve his term of confinement at the facility in Bastrop, Texas. Mr. Aguilar was recently sentenced in your court to a 57-month term for Conspiracy to Possess with Intent to Distribute Cocaine and Possession with Intent to Distribute 5 Kilograms or More of Cocaine.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Aguilar, your recommendation cannot be followed due to his need for a deportation hearing. Accordingly, Mr. Aguilar has been designated to the Eden Detention Center in Eden, Texas, where he will receive a deportation hearing prior to his release from custody.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                          Sincerely,

                                          Rebecca Tamez
                                          Chief

cap
cc:  Warden, Eden Detention Center