8/24/06

Clerk
US Federal Court
1 Courthouse Way
Boston MA 02210

RE: US V. Kelvin Madera (aka: Manuel Germosen)
    04-10299-PBS

Dear Clerk

Would you please send me a copy of the complete docket in the above referenced case, at the address below.

I have been declared indigent. Thank you for your assistance.

Respectfully Requested,

Kel— mod—
Kelvin Madera A93490
PO Box 100, Block B4
S. Walpole MA 02071

FILED
CLERKS OFFICE

2006 AUG 25 P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS